UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

STEVE ROBBINS,

                                  Plaintiffs,      **NOTICE OF APPEARANCE**

     -against-

THE CITY OF NEW YORK, and JOHN and JANE DOE 1      08 CV 5151 (RJS) (RLE)
through 10, individually and in their official capacities, (the
names John and Jane Doe being fictitious, as the true
names are presently unknown,

                                  Defendants.

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that **Stuart Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated: New York, New York
       July 2, 2008

                                                    MICHAEL A. CARDOZO
                                                    Corporation Counsel
                                                    of the City of New York
                                                    Attorney for Defendant City of New York
                                                    100 Church Street, Rm. 3-311
                                                    New York, New York 10007
                                                    (212) 788-0899

                                      By:    _____
                                                    Stuart E. Jacobs (SJ 8379)
                                                    Assistant Corporation Counsel
                                                    Special Federal Litigation Division

To:    <u>BY ECF</u>
       Brett Klein, Esq.