

MEMO ENDORSED

**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STUART E. JACOBS**
phone  (212) 788-0899
fax:  (212) 788-9776
email:  sjacobs@law.nyc.gov

*[stamp:]* USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

June 30, 2008

BY HAND
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Robbins v. City of New York et al., 08 CV 5151 (RJS) (KNF)

Dear District Judge Sullivan:

I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York assigned to the above-referenced case. I am writing with the consent of plaintiff's counsel, Brett Klein, Esq. to respectfully request that the City be granted a sixty-day enlargement of time, from June 30, 2008 to September 1, 2008, to answer or otherwise respond to the complaint. This is City's first request for an enlargement of time in this action.

The complaint alleges, *inter alia*, that plaintiff, Steve Robbins was subjected to excessive force by the defendants. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. To this end, the City will need to obtain the underlying arrest and criminal court records regarding this action, as well as medical releases for the injuries claimed by plaintiff. The enlargement of time will therefore afford us the opportunity to investigate the matter.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until September 1, 2008.

*[handwritten:] Defendants' time to answer or otherwise respond to the Complaint is extended to Sept. 1, 2008. No further extensions will be granted absent truly compelling circumstances.*

Thank you for your consideration in this regard.

*[handwritten signature]*

SO ORDERED
Dated: 7/1/08

RICHARD J. SULLIVAN
U.S.D.J.